RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
E-mail: Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
FEB 26 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 20- 5 -BU- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONVERSION OF SECURED PROPERTY (Count I) Title 18 U.S.C. § 658 (Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |
| JOSHUA JAMES CHAPPA, Defendant. | |
| | FALSE STATEMENTS ON A LOAN APPLICATION (Count II) Title 18 U.S.C. § 1014 (Penalty: 30 years imprisonment, $1,000,000 fine, and five years of supervised release) |

1

| | |
|---|---|
| | **WIRE FRAUD**<br>**(Counts III-VIII)**<br>**Title 18 U.S.C. § 1343**<br>**(Penalty: 20 years imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**THEFT OF LIVESTOCK**<br>**(Counts IX)**<br>**Title 18 U.S.C. § 667**<br>**(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**MAIL FRAUD**<br>**(Counts X-XII)**<br>**Title 18 U.S.C. § 1341**<br>**(Penalty: 20 years imprisonment, $250,000 fine, and three years of supervised release)** |

THE GRAND JURY CHARGES:

INTRODUCTION

At all times relevant to this indictment:

1. Hayes Ranch, LLC, does business as Hayes Ranch and Hudson Pines-Hayes Ranch, and it is located in Wilsall, Montana.

2. The defendant, JOSHUA JAMES CHAPPA, worked for Hayes Ranch, LLC, between approximately January 1, 2008, and approximately February 16, 2017. The defendant, JOSHUA JAMES CHAPPA, also formed Cold Smoke Cattle, LLC, on or about March 2, 2015.

3. Willers Mitten Brand is located in Norfolk, Nebraska, and it joined in

a partnership involving cattle with the defendant, JOSHUA JAMES CHAPPA.

4. Northwest Farm Credit Services, PCA, (Northwest Farm Credit Services) is a financial cooperative providing financing and related services to farmers and ranchers in Montana and elsewhere. Northwest Farm Credit Services is a member of the Farm Credit System that supports agriculture and rural communities with credit and financial services. Northwest Farm Credit Services has branch offices, and the corporate headquarters is located in Spokane, Washington. Northwest Farm Credit Services is a production credit association, as that term is defined in 18 U.S.C. §§ 658 and 1014, and Northwest Farm Credit Services pays premiums to the Farm Credit System Insurance Corporation.

5. On March 5, 2015, the defendant, JOSHUA JAMES CHAPPA, obtained financing from Northwest Farm Credit Services. When obtaining financing from Northwest Farm Credit Services, the defendant, JOSHUA JAMES CHAPPA, granted a security interest to Northwest Farm Credit Services in "[a]ll livestock, farm products (whether born or unborn), and all products and proceeds arising thereof."

6. Between 2015 and 2017, the defendant, JOSHUA JAMES CHAPPA, stole cattle and embryos, and sold cattle in which Northwest Farm Credit Services had a security interest, resulting in a total loss of approximately $481,805.

## COUNT I
## CONVERSION OF SECURED PROPERTY

That in or about March 2015, and continuing thereafter until in or about September 2017, at Bozeman and Wilsall, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JOSHUA JAMES CHAPPA, with the intent to defraud, knowingly concealed, removed, disposed of, and converted to his own use, and that of another, any property mortgaged and pledged to, and held by Northwest Farm Credit Services, with the value of the property mortgaged and pledged exceeding more than $1,000, that is, the defendant, JOSHUA JAMES CHAPPA, having pledged as security all of his livestock and farm products to obtain financing from Northwest Farm Credit Services, sold and otherwise disposed of such secured property, which exceeded $1,000, without disclosing the transaction and receipt of monies from the sale of the security, remitting the proceeds of those sales, and obtaining the authorization of Northwest Farm Credit Services for other disposition, all in violation of 18 U.S.C. § 658.

## COUNT II
## FALSE STATEMENTS ON A LOAN APPLICATION

That in or about November 2015, and continuing thereafter until in or about December 2015, at Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JOSHUA JAMES CHAPPA, knowingly made false statements and reports, and willfully overvalued property and security

4

on an application for a loan, for the purpose of influencing the actions of the Northwest Farm Credit Services, that is, the defendant, JOSHUA JAMES CHAPPA, when applying for a loan, and, on or about December 29, 2015, when receiving $205,750, made false statements and willfully overvalued property and security to Northwest Farm Credit Services and its employees, including the following:

- The defendant, JOSHUA JAMES CHAPPA, falsely claimed he never previously had any debt forgiven, when in truth and in fact, First Community Bank discharged debt for a personal residence in Belgrade, Montana;

- The defendant, JOSHUA JAMES CHAPPA, willfully over-inflated the number of cattle he owned, which were used as collateral for the loan;

- The defendant, JOSHUA JAMES CHAPPA, falsely claimed he could run cattle with minimal expenses on property owned and leased by Hayes Ranch, LLC, when in truth and in fact, JOSHUA JAMES CHAPPA was not authorized to acquire and run the cattle with minimal expenses on property owned and leased by Hayes Ranch, LLC, as claimed; and,

- The defendant, JOSHUA JAMES CHAPPA, falsely claimed he owned all interest in cattle used for collateral, including purchased cattle, and he falsely denied that others had ownership and a security interest in any such

cattle;

all in violation of 18 U.S.C. § 1014.

## COUNTS III-VIII
## WIRE FRAUD

That in or about March 2015, and continuing thereafter until in or about September 2017, at Bozeman and Wilsall, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JOSHUA JAMES CHAPPA, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, knowingly transmitted and caused to be transmitted by means of wire communication, in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

### MANNER AND MEANS

The defendant, JOSHUA JAMES CHAPPA, worked for Hayes Ranch, LLC, as the ranch manager, which allowed him access to the cattle, embryos, and other items owned by it.

When the owners were out of the country, the defendant, JOSHUA JAMES CHAPPA, began dealing in cattle, including stealing cattle from Hayes Ranch, LLC, and selling them as if they were his own.

When selling cattle in California, the manager for Cattlemen's Livestock Market, Inc., purchased bulls from Hayes Ranch, LLC. The defendant, JOSHUA JAMES CHAPPA, however, instructed the manager to make the check to "Josh Chappa" personally, and not Hayes Ranch, LLC, and then deposited the money into his own account and failed to remit the payment to Hayes Ranch, LLC.

The defendant, JOSHUA JAMES CHAPPA, partnered with Willers Mitten Brand in various cattle ventures and failed to remit payment to Willers Mitten Brand when selling the cattle.

When selling the cattle at Billings Livestock Commission, the defendant, JOSHUA JAMES CHAPPA, requested that payment in the amount of $41,262 be made to Cold Smoke Cattle, LLC, because Willers Mitten Brand "[a]lready signed the brand release for that to happen." When questioned about the transaction by Willers Mitten Brand, the defendant, JOSHUA JAMES CHAPPA, made it appear as if the full payment to him was a mistake, but in truth and in fact, the defendant, JOSHUA JAMES CHAPPA, ensured the full amount of money was sent to him, and never split the proceeds with Willers Mitten Brand.

When selling a heifer at the North Dakota Winter Show, the defendant, JOSHUA JAMES CHAPPA, deposited the full amount of the check in his account, and never split the proceeds with Willers Mitten Brand.

While working as the ranch manager for Hayes Ranch, LLC, the defendant, JOSHUA JAMES CHAPPA, was not allowed to own cattle and engage in business partnerships with clients of Hayes Ranch LLC, unless authorized to do so. The defendant, JOSHUA JAMES CHAPPA, without authorization from Hayes Ranch, LLC, owned unauthorized cattle and engaged in unauthorized business partnerships with clients of Hayes Ranch, LLC.

When Hayes Ranch, LLC, decided to no longer participate in the cattle industry, the defendant, JOSHUA JAMES CHAPPA, stated he would pay Hayes Ranch, LLC, for 30 fall cows. Instead, the defendant, JOSHUA JAMES CHAPPA, failed to remit full payment to Hayes Ranch, LLC, as required for the cattle. Additionally, the defendant, JOSHUA JAMES CHAPPA, solicited money from Willers Mitten Brand for a 50% interest in the 30 fall cows owned by Hayes Ranch, LLC. In doing so, the defendant, JOSHUA JAMES CHAPPA, kept approximately $8,500 from the money provided by Willers Mitten Brand, and failed to pay the full price to Hayes Ranch, LLC.

THE INTERSTATE AND FOREIGN WIRE COMMUNICATIONS

During the period of the indictment, it was part of the scheme and artifice to defraud that the defendant, JOSHUA JAMES CHAPPA, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining

money and property by means of false and fraudulent pretenses, representations, and promises, as described herein, and for the purpose of executing the scheme to defraud, knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, that is, checks as identified in the table below, as well as emails, which travelled to and from Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, to and from Minneapolis, Minnesota, in the District of Minnesota, and elsewhere:

| Count | Date | Company | Amount |
|---|---|---|---|
| III | 1/11/16 | Public Auction Yards | $9,179.70 |
| IV | 4/19/16 | Headwaters Livestock Auction | $11,176.80 |
| V | 6/3/16 | Billings Livestock Commission | $9,242.09 |
| VI | 7/18/16 | Cattlemen's Livestock Market, Inc. | $8,250.00 |
| VII | 1/10/17 | North Dakota Winter Show | $3,582.50 |
| VIII | 1/13/17 | Allied Genetic Resources | $41,262.00 |

all in violation of 18 U.S.C. § 1343.

## COUNT IX
## THEFT OF LIVESTOCK

That in or about March 2015, and continuing thereafter until in or about September 2017, at Bozeman and Wilsall, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JOSHUA JAMES CHAPPA,

9

obtained and used the property of another, which exceeded the value of $10,000, in connection with the marketing of livestock in interstate and foreign commerce, with the intent to deprive the owner of the right, benefit, and use of the property, that is, the defendant, JOSHUA JAMES CHAPPA, stole and sold livestock from Hays Ranch, LLC, totaling $98,932, and Willers Mitten Brand, totaling $29,900, which was done by transporting such livestock between Montana and California, Oregon, North Dakota, and Nebraska, all in violation of 18 U.S.C. § 667.

## COUNTS X-XII
## MAIL FRAUD

That in or about April 2016, and continuing thereafter until in or about October 2016, at Bozeman and Wilsall, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, JOSHUA JAMES CHAPPA, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, knowingly placed in the post office and authorized depository for mail matter, any matter and thing whatever to be sent and delivered by the Postal Service, and deposited and caused to be deposited any matter and thing whatever to be sent and delivered by any private and interstate commercial carrier, for the purpose of executing such scheme and artifice.

## MANNER AND MEANS

The defendant, JOSHUA JAMES CHAPPA, approached Willers Mitten Brand, claiming he owned numerous and expensive embryos. The defendant, JOSHUA JAMES CHAPPA, said he did not have sufficient cattle in which to implant the embryos, but he would partner with Willers Mitten Brand, which had cattle that could bear calves from the embryos.

The defendant, JOSHUA JAMES CHAPPA, stole the embryos that were owned by Hudson Pines Farm in New York and Hayes Ranch, LLC, and which were stored at Hayes Ranch, LLC. The defendant, JOSHUA JAMES CHAPPA, then mailed the stolen embryos to Willers Mitten Brand in Nebraska, claiming the embryos were his own, and requesting an ownership interest in the resulting calves.

## THE INTERSTATE MAIL

During the period of the indictment, it was part of the scheme and artifice to defraud that the defendant, JOSHUA JAMES CHAPPA, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described herein, and for the purpose of executing the scheme to defraud, knowingly transmitted and caused to be transmitted by sending packages via UPS as identified below, which travelled from Bozeman, Montana, in the State

and District of Montana, and elsewhere, to West Point, Nebraska, in the District of Nebraska, and elsewhere:

| Count | Date | Tracking Number | Total Paid |
|---|---|---|---|
| X | 4/1/16 | 1Z5977031302226052 | $239.54 |
| XI | 4/9/16 | 1Z5977030705504052 | $153.80 |
| XII | 10/27/16 | 1Z5977030722400051 | $186.31 |

all in violation of 18 U.S.C. § 1343.

A TRUE BILL.

Foreperson Signature Redacted. Original document filed under seal.

_Timothy J. Racicot_ For
KURT G. ALME
United States Attorney

_Joseph E. Thaggard_
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

✓ summons
March 19 @ 2pm
before KLD in
Msla

12